1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *GAnderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
6  Facsimile:    (213) 362-7788

7  Attorneys for Defendants
   JOHNSON & JOHNSON SERVICES, INC.,
8  JOHNSON & JOHNSON (erroneously sued as
   "Johnson & Johnson, Inc."), DEPUY
9  ORTHOPAEDICS, INC., and YANCEY &
   ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIEN MIRANDA and RAUL MIRANDA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; YANCEY & ASSOCIATES, INC.; and DOES ONE through ONE HUNDRED,<br><br>Defendants. | CASE NO.  C12-4670-EDL<br><br>~~PROPOSED~~ ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs VIVIEN MIRANDA and RAUL MIRANDA and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., YANCEY & ASSOCIATES, and THOMAS P. SCHMALZRIED, M.D., (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

816335.1 / 25-269
815166.1 / 25-269                             1                              C12-4670-EDL
~~PROPOSED~~ ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/1, 2012    _____
UNITED STATES DISTRICT JUDGE

816335.1 / 25-269

C12-4670-EDL)

~~PROPOSED~~ ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS